| FORM B1 | **United States Bankruptcy Court**<br>**Western District of New York** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Cooper, Mark Andrew | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Cooper, Stacy Ann |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>dba Wildlife Creation Taxidermy | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>None |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 0160 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 6209 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>4361 Kyte Rd. Lot 3<br>Shortsville, NY 14548 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>4361 Kyte Rd. Lot 3<br>Shortsville, NY 14548 |
| County of Residence or of the<br>Principal Place of Business:    Ontario | County of Residence or of the<br>Principal Place of Business:    Ontario |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | Attorney:    John F. McKeown, Esq.,<br>John F. McKeown, Attorneys at Law<br>70 North Main Street<br>Canandaigua, NY 14424   ph: 585-396-9627 |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply)<br>☑ Individual(s)    ☐ Railroad<br>☐ Corporation    ☐ Stockbroker<br>☐ Partnership    ☐ Commodity Broker<br>☐ Other _____    ☐ Clearing Bank | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box)<br>☑ Chapter 7    ☐ Chapter 11    ☐ Chapter 13<br>☐ Chapter 9    ☐ Chapter 12 |
|---|---|
| **Nature of Debts** (Check one box)<br>☐ Consumer/Non-Business    ☑ Business | |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Bankruptcy 2005 ©1991-2005, New Hope Software, Inc.— ver. 3.9.0-644 - 32011

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> Mark Andrew Cooper & Stacy Ann Cooper |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed: NONE | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

# Signatures

## Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Mark Andrew Cooper
_____
Signature of Debtor

X  /s/ Stacy Ann Cooper
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)
9/29/05
_____
Date

## Signature of Attorney

X  /s/ John F. McKeown, Esq.
_____
Signature of Attorney for Debtor(s)

JOHN F. MCKEOWN, ESQ.
_____
Printed Name of Attorney for Debtor(s)

John F. McKeown, Attorneys at Law
_____
Firm Name
70 North Main Street
_____
Address
Canandaigua, NY 14424
_____

585-396-9627
_____
Telephone Number
9/29/05
_____
Date

## Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

((To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X_____
Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X_____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

Bankruptcy2005 ©1991-2005, New Hope Software, Inc.—ver. 3.9.0-644 - 32011

FORM B6A
(6/90)

In re _Mark Andrew Cooper & Stacy Ann Cooper_     Case No. _____

Debtor                          (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | | Total ▶     0.00 | |

(Report also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc.-- ver. 3.9.0-644 - 32011

Mark Andrew Cooper & Stacy Ann Cooper

In re _____     Case No. _____
                    Debtor                                                        (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | cash on hand | J | 11.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | savings acct- 5336 National Bank of Geneva 2 Seneca St. Geneva, NY 14456 | W | 5.44 |
| | | checking acct-5336 National Bank of Geneva 2 Seneca St. Geneva, NY 14456 | W | 5.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | table, chairs, and stove at residence | J | 250.00 |
| | | 2 beds, sofa, love seat, and 1 tv | J | 150.00 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc.-- ver. 3.9.0-644 - 32011

In re Mark Andrew Cooper & Stacy Ann Cooper     Case No. _____

        Debtor                                                       (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | at residence | | |
| | | 2 tvs, 1 vcr, and computer at residence | J | 200.00 |
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | cds and tapes, wall hangings, 2 deer heads at residence | J | 100.00 |
| | | bible, cook books at residence | J | 40.00 |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | | nurseing watch | W | 20.00 |
| | | braclet and necklace at residence | J | 30.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | hunting bow and 40 20-guage shotgun shells at residence | H | 25.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc.— ver. 3.9.0-644 - 32011

In re <u>Mark Andrew Cooper & Stacy Ann Cooper</u>        Case No. <u>                      </u>

               Debtor                                                           (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13.  Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 14.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15.  Accounts receivable. | X | | | |
| 16.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 17.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 18.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | X | | | |
| 21.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 22.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 23.  Automobiles, trucks, trailers, and other vehicles and accessories. | | 1998 Mercury Sable  162,000 miles, 4 door, 6 cylinders<br><br>at residence | W | 1,737.00 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc.— ver. 3.9.0-644 - 32011

Mark Andrew Cooper & Stacy Ann Cooper

In re _____     Case No. _____
                        Debtor                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | | cat and dog<br><br>at residence | J | 2.00 |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | | 1970 mobile home<br><br>4361 Kyte Rd. Lot 3<br>Shortsville, NY 14548 | W | 1,500.00 |

_____0_____ continuation sheets attached

Total ▶ $     4,075.44

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc.—ver. 3.9.0-644 - 32011

Mark Andrew Cooper & Stacy Ann Cooper

In re _____     Case No._____
                    Debtor                                              (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐ 11 U.S.C. §522(b)(1)   Exemptions provided in 11 U.S.C. §522(d).  Note:  These exemptions are available only in certain states.

☑ 11 U.S.C. §522(b)(2)   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 1970 mobile home | (Wife)NY Civ Prac Law & Rules § 5206(a) | 1,500.00 | 1,500.00 |
| cash on hand | (Husb)NY Debt & Cred Law § 283(2) | 5.50 | 11.00 |
| table, chairs, and stove | (Husb)NY Civ Prac Law & Rules § 5205(a)(5) | 125.00 | 250.00 |
| | (Wife)NY Civ Prac Law & Rules § 5205(a)(5) | 125.00 | |
| 2 beds, sofa, love seat, and 1 tv | (Husb)NY Civ Prac Law & Rules § 5205(a)(5) | 75.00 | 150.00 |
| | (Wife)NY Civ Prac Law & Rules § 5205(a)(5) | 75.00 | |
| bible, cook books | (Husb)NY Civ Prac Law & Rules § 5205(a)(2) | 20.00 | 40.00 |
| | (Wife)NY Civ Prac Law & Rules § 5205(a)(2) | 20.00 | |
| nurseing watch | (Wife)NY Civ Prac Law & Rules § 5205(a)(6) | 20.00 | 20.00 |
| 1998 Mercury Sable  162,000 miles, 4 door, 6 cylinders | (Wife)NY Debt & Cred Law § 282(iii)(1) | 1,007.00 | 1,737.00 |
| cat and dog | (Husb)NY Civ Prac Law & Rules § 5205(a)(4) | 1.00 | 2.00 |
| | (Wife)NY Civ Prac Law & Rules § 5205(a)(4) | 1.00 | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc.-- ver. 3.9.0-644 - 32011

**In re** _____,  **Case No.** _____
Mark Andrew Cooper & Stacy Ann Cooper

**Debtor**                                                                                      **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.  List creditors in alphabetical order to the extent practicable.  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BJ Motors<br>102 Main St.<br>Macedon, NY 14502 | | W | Incurred: 2002<br>Lien: auto loan<br>Security: 1998 Mercury Sable<br><br>VALUE $          1,737.00 | | | | 730.00 | 0.00 |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |

_____ continuation sheets attached
0

| | | |
|---|---|---|
| Subtotal ➤<br>(Total of this page) | $ | 730.00 |
| Total ➤<br>(Use only on last page) | $ | 730.00 |

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 3.9.0-644 - 32011

In re Mark Andrew Cooper & Stacy Ann Cooper                    ,        Case No._____
                         Debtor                                                      (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐    **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐    **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐    **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐    **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐    **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☑    **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐    **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

     * Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

             __1__ continuation sheets attached

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 3.9.0-644 - 32011

Mark Andrew Cooper & Stacy Ann Cooper

In re _____,   Case No. _____
               **Debtor**                                                   **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Spousal or Child Support

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0160<br><br>Monroe County<br>Child Support Enforcement Unit<br>33 North Fitzhugh St. Suite 5100<br>Rochester, NY 14614-1218 | | J | Incurred: 2002-2005<br>Consideration: back child support | | | | 6,000.00 | 6,000.00 |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 3.9.0-644 - 32011

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤ $    6,000.00
(Total of this page)

Total ➤ $    6,000.00
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Form B6F (12/03)

In re ___Mark Andrew Cooper & Stacy Ann Cooper___,     Case No. _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5427<br><br>Accu Chek, Inc.<br>POB 2864<br>Tuscaloosa, AL 35403 | | W | Incurred: 1999<br>Consideration: collection for dollar tree | | | | Notice Only |
| ACCOUNT NO. 4229<br><br>Action Card issued by bankfirst<br>POB 5159<br>Sioux Falls, SD 57117-5159 | | W | Incurred: 2001-2003<br>Consideration: Credit card debt | | | | 1,038.80 |
| ACCOUNT NO. 6372<br><br>Adrams & Adams, Inc.<br>C.B. Phillips<br>POB 538<br>Southern Pines, NC 28388 | | W | Incurred: 2004<br>Consideration: home repairs | | | | 90.06 |
| ACCOUNT NO. 7500<br><br>Agway Energy<br>Marshall Rd.<br>Geneva, NY 14456-1136 | | W | Incurred: 2000<br>Consideration: utitlity bill | | | | 103.38 |

_Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 3.9.0-644 - 32011_

___21___ continuation sheets attached

| | |
|---|---|
| Subtotal ➤ (Total of this page) | $ 1,232.24 |
| Total ➤ (Use only on last page) | $ |

(Report total also on Summary of Schedules)

Mark Andrew Cooper & Stacy Ann Cooper

In re _____,   Case No. _____
          **Debtor**                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2200<br><br>AgWay Energy Products<br>516 Marshall Rd.<br>Waterloo, NY 13165-8741 | | H | Incurred: 09/2001<br>Consideration: utility bill | | | | 235.14 |
| ACCOUNT NO. 7254<br><br>Allied Interstate Inc.<br>POB 361475<br>Columbus, OH 43236 | | W | Incurred: 2003<br>Consideration: collection for sprint pcs | | | | Notice Only |
| ACCOUNT NO. 3430<br><br>Alltel Phone Company<br>POB 300<br>Kittanning, PA 16201-0300 | | J | Incurred: 1996 - 2002<br>Consideration: phone bill | | | | 1,010.79 |
| ACCOUNT NO. 8451<br><br>Arrow Financial Services<br>POB 1206<br>Oaks, PA 19756-1206 | | W | Incurred: 2001<br>Consideration: collection for first premier | | | | Notice Only |
| ACCOUNT NO. 6209<br><br>Automated Transaction Corporation<br>1112 Weston Rd. Suite 223<br>Weston, FL 33326 | | W | Incurred: 2004<br>Consideration: phone bill | | | | 127.78 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 3.9.0.644 - 32011

Sheet no. __1__ of __21__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $      1,373.71
(Total of this page)
Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Mark Andrew Cooper & Stacy Ann Cooper

In re _____,     Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4229<br><br>Bass and Associates<br>Suite 150<br>3450 East Sunrise Dr.<br>Tucsen, AZ 85718 | | W | Incurred: 2001-2003<br>Consideration: collection for action<br>card/bankfirst | | | | Notice Only |
| ACCOUNT NO. A00M<br><br>Berry Company<br>507 Prudential Rd.<br>Horsham, PA 19044 | | H | Incurred: 2001-2003<br>Consideration: phone bill | | | | 1,427.40 |
| ACCOUNT NO. pmar<br><br>Breakthrough Magazine<br>POB 2945<br>2271 Old Baton Rouge Hwy.<br>Hammond, LA 70404 | | H | Incurred: 2002<br>Consideration: magazines | | | | 26.00 |
| ACCOUNT NO. 8972<br><br>Canandaigua Medical Group<br>335 Parrish St.<br>Canandaigua, NY 14424 | | H | Incurred: 2003<br>Consideration: Medical Services | | | | 100.00 |
| ACCOUNT NO. 5616<br><br>Canandaigua Orthopaeclic<br>360 Parrish 2nd floor<br>Canandaigua, NY 14424 | | H | Incurred: 1989<br>Consideration: Medical Services | | | | 93.87 |

Sheet no. __2__ of __21__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 1,647.27
(Total of this page)
Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc.- ver. 3.9.0-644 - 32011

Mark Andrew Cooper & Stacy Ann Cooper

In re _____,  Case No. _____
                    **Debtor**                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5193<br><br>Capital Manageent Services, Inc.<br>726 Exchange St. Suite 700<br>Buffalo, NY 14210 | | H | Incurred: 2002<br>Consideration: Credit card debt | | | | 865.21 |
| ACCOUNT NO. 4792<br><br>Capital Payment Plan<br>POB 4423<br>Woodland Hills, CA 91365-4423 | | W | Incurred: 2003<br>Consideration: insurance | | | | 151.01 |
| ACCOUNT NO. 0140<br><br>Cardholder Management<br>95 James Way Suite 113<br>Southampteri, PA 18966 | | W | Incurred: 2001-2003<br>Consideration: Credit card debt | | | | 801.43 |
| ACCOUNT NO. 2907<br><br>Cavalry Portfolio Services, LLC<br>POB 27288<br>Tempe, AZ 85282-7288 | | W | Incurred: 2001-2003<br>Consideration: collection for providian | | | | Notice Only |
| ACCOUNT NO. 9301 - 9502<br><br>CBCS<br>PO Box 164060<br>Cloumbus, OH 43216 | | W | Incurred: 2002 - 2003<br>Consideration: collection for time warner and viahealth of wayne<br>various accouts with various amounts | | | | Notice Only |

Sheet no. _3_ of _21_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $     1,817.65
(Total of this page)

Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 3.9.0-644 - 32011

Mark Andrew Cooper & Stacy Ann Cooper

In re _____,      Case No. _____
                            **Debtor**                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8972<br><br>CBJ Credit Recovery<br>117 W. 4th St.<br>Jamestown, NY 14701 | | H | Incurred: 2003<br>Consideration: collection for canandaigua medical group | | | | Notice Only |
| ACCOUNT NO. 3156 - 2380<br><br>CBJ Credit Recovery<br>POB 842<br>Jamestown, NY 14702-0842 | | W | Incurred: 1989 - 2005<br>Consideration: collection for ff thompson health<br>various accounts with various amounts | | | | Notice Only |
| ACCOUNT NO. 0095<br><br>Charles Drover<br>1201 King Rd. Lot #3<br>Clifton Springs, Ny 14432 | | H | Incurred: 2003<br>Consideration: business debt | | | | 200.00 |
| ACCOUNT NO. 0026<br><br>Chris Coyle<br>110 Brokaw Rd.<br>Interlake, NY 14847 | | H | Incurred: 2002<br>Consideration: business debt | | | | 325.00 |
| ACCOUNT NO. 7894 - 7991<br><br>Clifton Springs Hospital<br>2 Coulter Rd.<br>Clifton Springs, NY 14432 | | J | Incurred: 1/2005 - 2/2005<br>Consideration: Medical Services<br>various accounts with various amounts | | | | 1,866.45 |

Sheet no. _4_ of _21_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $       2,391.45
(Total of this page)
Total➤ $
(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules)

*Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 3.9.0-644 - 32011*

Mark Andrew Cooper & Stacy Ann Cooper

In re _____,   Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5094<br><br>Commercial Readers<br>POB 3696<br>Bloomington, IL 61702-3696 | | H | Incurred: 2002<br>Consideration: magazines | | | | 599.04 |
| ACCOUNT NO. 1096<br><br>Credit Bureau of Rochester<br>19 Prince St.<br>Rochester, NY 14607 | | W | Incurred: 2000<br>Consideration: collectin for rochester gas and electric, Wayne medical, and ff thompson hospital | | | | Notice Only |
| ACCOUNT NO. 0743 - 5440<br><br>Credit Bureau of Rochester<br>19 Prince St.<br>Rochester, NY 14607 | | H | Incurred: 2002<br>Consideration: collection for ff thompson hospital and ide group<br>various accounts with various amounts | | | | Notice Only |
| ACCOUNT NO. 6621<br><br>Credit Collection Services<br>Two Wells Ave.<br>Newton, MA 02459 | | W | Incurred: 2000<br>Consideration: collection for natinwide insurance | | | | Notice Only |
| ACCOUNT NO. 1008<br><br>Cross Country Bank<br>POB 310730<br>Boca Raton, FL 33431-0730 | | W | Incurred: 2001-2003<br>Consideration: Credit card debt | | | | 1,174.36 |

Sheet no. _5_ of _21_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $      1,773.40
(Total of this page)

Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 3.9.0-644 - 32011

Mark Andrew Cooper & Stacy Ann Cooper

In re _____,      Case No. _____
             **Debtor**                                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0029<br><br>David Tutle<br>1644 Silver St.<br>Clifton Springs, NY 14432 | | H | Incurred: 2002<br>Consideration: business debt | | | | 250.00 |
| ACCOUNT NO. 7922<br><br>Democrat and Chronicle<br>POB 5019<br>Buffalo, NY 14240-5019 | | H | Incurred: 1/2005 - 5/2005<br>Consideration: newspaper | | | | 66.05 |
| ACCOUNT NO.<br><br>Dixieland Taxidermy<br>9605 Highway 64<br>Somerville, TN 38068 | | H | Incurred: 2002<br>Consideration: business debt | | | | 160.00 |
| ACCOUNT NO. 5427<br><br>Dollar Tree<br>500 Volvo Parkway<br>Chesapeake, VA 23322 | | W | Incurred: 1999<br>Consideration: bounce check fees | | | | 62.00 |
| ACCOUNT NO. 0051<br><br>Dominic Buccennele<br>502 S. Main St.<br>Canandaigua, NY 14424 | | H | Incurred: 2002<br>Consideration: business debt | | | | 450.00 |

Sheet no. _6_ of _21_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $       988.05
(Total of this page)
Total➤ $
(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 3.9.0-644 - 32011

Mark Andrew Cooper & Stacy Ann Cooper

In re _____,  Case No. _____
                **Debtor**                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0023<br><br>Doug Stroyer<br>430 Bayside Dr.<br>Webster, NY 14580 | | H | Incurred: 2002<br>Consideration: business debt | | | | 150.00 |
| ACCOUNT NO.<br><br>Dr. Michael Spoon<br>225 Maple Ave.<br>Victor, NY 14564 | | W | Incurred: 1993-1996<br>Consideration: Medical Services | | | | 2,340.00 |
| ACCOUNT NO. 8451<br><br>Encore Receivable Management Inc.<br>POB 3330<br>Olathe, KS 66063-3330 | | W | Incurred: 2001<br>Consideration: collection for first premier bank | | | | Notice Only |
| ACCOUNT NO. 1664<br><br>Eye Care Center<br>325 West St.<br>Canandaigua, NY 14424 | | W | Incurred: 2001<br>Consideration: Medical Services | | | | 78.19 |
| ACCOUNT NO. 0140<br><br>FCNB Processing Center<br>9310 SW Gemini Drive<br>Beaverton, OR 97078-0001 | | W | Incurred: 2001-2003<br>Consideration: Credit card debt | | | | 801.43 |

Sheet no. __7__ of __21__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)    $    3,369.62

Total ➤ (Use only on last page of the completed Schedule F.)    $

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 3.9.0-644 - 32011

Form B6F - Cont.
(12/03)

Mark Andrew Cooper & Stacy Ann Cooper

In re _____, Case No. _____
              **Debtor**                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6067<br><br>FedChex Recovery<br>POB 18978<br>Irvine, CA 92623 | | W | Incurred: 2002<br>Consideration: collection for marketing plus | | | | 252.00 |
| ACCOUNT NO. 3156 - 9217<br><br>FF Thompson Hospital<br>350 Parrish St.<br>Canandaigua, NY 14424 | | J | Incurred: 1989-2005<br>Consideration: Medical Services<br>various accounts with various amounts | | | | 3,480.93 |
| ACCOUNT NO. 6346<br><br>Field Adjustment Bureau, Inc.<br>POB 7125<br>Wantagn, NY 11793-0725 | | H | Incurred: 2003<br>Consideration: collection for vandyke supply company | | | | Notice Only |
| ACCOUNT NO. 8451<br><br>First Premier<br>601 S. Minnesota Ave.<br>Sioux Falls, SD 57104 | | W | Incurred: 2001<br>Consideration: Credit card debt | | | | 574.58 |
| ACCOUNT NO. 7820<br><br>Frontier Commmunications<br>POB 23113<br>Rochester, NY 14692-3113 | | H | Incurred: 2004<br>Consideration: phone bill | | | | 211.02 |

Sheet no. __8__ of _21_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $       4,518.53
(Total of this page)
Total➤ $
(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 3.9.0-644 - 32011

Mark Andrew Cooper & Stacy Ann Cooper

In re _____,     Case No. _____
                  **Debtor**                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0010<br><br>Gordon A. Hill II<br>1584 Hayride Dr.<br>Farmington, NY 14425 | | H | Consideration: business debt | | | | 310.00 |
| ACCOUNT NO.<br><br>H & R Block<br>79 Eastern Blvd.<br>Canandaigua, NY 14424 | | J | Incurred: 2004<br>Consideration: preparing taxes service | | | | 274.00 |
| ACCOUNT NO. 0160<br><br>Haines Publishing, Inc.<br>8050 Freedom, Ave. N.W.<br>POB 2117<br>N. Canton, OH 44720 | | H | Incurred: 2002<br>Consideration: advertising | | | | 1,440.00 |
| ACCOUNT NO.<br><br>Hershey's Fur Center<br>8164 Carlisle Pike<br>York Springs, PA 17372 | | H | Incurred: 2002<br>Consideration: business debt | | | | 147.08 |
| ACCOUNT NO. 0004<br><br>James Wicks Jr.<br>5250 Emerson Rd.<br>Canandaigua, NY 14424 | | H | Incurred: 2003<br>Consideration: business debt | | | | 250.00 |

Sheet no. __9__ of _21_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

                              Subtotal ➤ | $ | 2,421.08
(Total of this page)
                                  Total ➤ | $ |
(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc.-- ver. 3.9.0-644 - 32011

Mark Andrew Cooper & Stacy Ann Cooper

In re _____,   Case No. _____
                              **Debtor**                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2777<br><br>JBC and Associates, P.C.<br>c/o Ames<br>2 Broad St. 6th floor<br>Bloomfield, NJ 07003-2550 | | W | Incurred: 2000<br>Consideration: collection for ames | | | | 371.72 |
| ACCOUNT NO.  0022<br><br>Jeffrey A. Yahr<br>5215 Fox Rd.<br>Palmyra, NY 14522 | | H | Incurred: 2002<br>Consideration: business debt<br>judgement filed | | | | 360.00 |
| ACCOUNT NO.  0021<br><br>John Brunner<br>20 Rawson Rd.<br>Victor, NY 14564 | | H | Incurred: 2002<br>Consideration: buisness debt<br>judgement filed | | | | 435.00 |
| ACCOUNT NO.  0095<br><br>John Vanderwall<br>592 Smith Rd.<br>Palmyra, NY 14522 | | H | Incurred: 2003<br>Consideration: business debt | | | | 175.00 |
| ACCOUNT NO.  0019<br><br>Keith Vanhout<br>1615 Wellworth Rd.<br>Palmyra, NY 14522 | | H | Incurred: 2002<br>Consideration: business debt | | | | 350.00 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. – ver. 3.9.0-644 – 32011

Sheet no.   10   of  21   continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $      1,691.72
(Total of this page)

Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Mark Andrew Cooper & Stacy Ann Cooper

In re _____,    Case No. _____

**Debtor**                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   A008 - 0192 <br><br> Lake Radiology <br> POB 477 <br> Hornell, NY 14843-0118 | | J | Incurred: 2004 <br> Consideration: Medical Services | | | | 234.00 |
| ACCOUNT NO.   0140 <br><br> Law Office Mitchell N. Kay <br> 7 Penn Plaza <br> New York, NY 10001-3995 | | W | Incurred: 2001-2003 <br> Consideration: collection for fcnb | | | | Notice Only |
| ACCOUNT NO.   0032 <br><br> Lenord Whitbeck <br> 461 Chestnut Ridge Rd. <br> Rochester, NY 14624 | | H | Incurred: 2003 <br> Consideration: business debt <br> judgement filed | | | | 295.00 |
| ACCOUNT NO. <br><br> Martin E. Muehe <br> 74 Ontario St. <br> Canandaigua, NY 14424 | | H | Incurred: 2003 <br> Consideration: Legal Services <br> judgement pending | | | | 1,240.25 |
| ACCOUNT NO.   0088 <br><br> Mass Marketing Inc. <br> 7209 Dixie Hwy <br> Fairfield, OH 45014 | | H | Incurred: 2001 <br> Consideration: buisness debt | | | | 165.00 |

Sheet no. __11__ of __21__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤   $        1,934.25
(Total of this page)

Total➤   $
(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 3.9.0-644 - 32011

Mark Andrew Cooper & Stacy Ann Cooper

In re _____,    Case No. _____

           **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0018<br><br>Max Ester<br>24 Booth St.<br>Shortsville, NY 14424 | | H | Incurred: 2002<br>Consideration: business debt | | | | 340.20 |
| ACCOUNT NO. 7894<br><br>Mercantile Adjustment Bureau, LLC<br>POB 9315A<br>Rochester, NY 14604 | | W | Incurred: 1/2005 - 2/2005<br>Consideration: collection for clifton spirngs hospital | | | | Notice Only |
| ACCOUNT NO. 0158<br><br>Merimac Capital<br>201 Main St. Suite 1000<br>Forth Worth, TX 76102 | | H | Incurred: 2003<br>Consideration: business debt | | | | 2,245.00 |
| ACCOUNT NO. 0025<br><br>Michael Thomas<br>9335 County Rd. 146<br>Interlaken, NY 14847 | | H | Incurred: 2002<br>Consideration: business debt | | | | 325.00 |
| ACCOUNT NO. 0004<br><br>Mike Degary<br>110 Brokow Rd.<br>Interlaken, NY 14847 | | H | Incurred: 2002<br>Consideration: business debt | | | | 350.00 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 3.9.0-644 - 32011

Sheet no. __12__ of __21__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)    $    3,260.20

Total ➤    $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Mark Andrew Cooper & Stacy Ann Cooper

In re _____,     Case No. _____
                          **Debtor**                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4356<br><br>Movie Gallery<br>900 West Main St.<br>Dothan, AL 36301 | | W | Incurred: 6/19/05<br>Consideration: movie rental | | | | 15.68 |
| ACCOUNT NO. 1466<br><br>MRS Associates, Inc.<br>3 Executive Campus, Suite 400<br>Cherry Hill, NJ 08002 | | W | Incurred: 2001-2003<br>Consideration: collection for first premier bank | | | | 411.59 |
| ACCOUNT NO. 1664<br><br>National Revenue Corporation<br>POB 13188<br>Columbus, OH 43213 | | W | Incurred: 2001<br>Consideration: collection for eye care center | | | | Notice Only |
| ACCOUNT NO. 1992/4946<br><br>Nationwide Designs<br>POB 84594<br>San Diego, CA 92138-4594 | | J | Incurred: 2001<br>Consideration: business debt | | | | 277.00 |
| ACCOUNT NO. 6612<br><br>NationWide Insurance<br>331 S. Main St.<br>Canandaigua, NY 14424 | | W | Incurred: 2000<br>Consideration: car insurance | | | | 108.97 |

Sheet no. __13__ of __21__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ | $ | 813.24
(Total of this page)
Total➤ | $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

*Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 3.9.0-644 - 32011*

Mark Andrew Cooper & Stacy Ann Cooper

In re _____,   Case No. _____
　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9770<br><br>NCO<br>POB 41466<br>Philadelphia, PA 19104 | | W | Incurred: 2002<br>Consideration: auto insurance | | | | 132.91 |
| ACCOUNT NO. A00M<br><br>NCO Financial Systems Inc.<br>POB 41417<br>Philadelphia, PA 19101 | | H | Incurred: 2001 - 2003<br>Consideration: collection for berry company | | | | Notice Only |
| ACCOUNT NO. 8718<br><br>Nichals Gas and Oil Inc.<br>POB 616<br>Macedon, NY 14502 | | W | Incurred: 2003 - 2005<br>Consideration: utility bill | | | | 112.78 |
| ACCOUNT NO. 4946<br><br>North Amerian Specialty Advertising<br>POB 84594<br>San Diego, CA 92138-4594 | | H | Incurred: 2002<br>Consideration: advertising for business | | | | 199.00 |
| ACCOUNT NO. 1178<br><br>North Shore Agency<br>c/o Bradford Exchange<br>POB 8901<br>Westbury, NY 11590-8901 | | H | Incurred: 2002<br>Consideration: mail order | | | | 44.94 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. -- ver. 3.9.0-644 - 32011

Sheet no. __14__ of _21___ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 489.63
(Total of this page)
Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Mark Andrew Cooper & Stacy Ann Cooper

In re _____,     Case No. _____

             **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3644<br><br>North Shore Agency<br>POB 8901<br>Westbury, NY 11590-8901 | | W | Incurred: 2002<br>Consideration: collection for oxmoor house, bradford exchange, and the hamilton collection | | | | Notice Only |
| ACCOUNT NO. 1221<br><br>Office of Sheriff<br>Philip C. Provero Sheriff<br>74 Ontario St.<br>Canandaigua, NY 14424 | | W | Incurred: 2001-2003<br>Consideration: income execution | | | | Notice Only |
| ACCOUNT NO. 5193<br><br>OSI Collection Sercvice<br>POB 550720<br>Jacksonville, FL 32255-0720 | | H | Incurred: 2002<br>Consideration: collection for Capital One Services | | | | Notice Only |
| ACCOUNT NO. 3644<br><br>Oxmoor House<br>POB 62500<br>Tampa, FL 33662-5009 | | W | Incurred: 2002<br>Consideration: book order | | | | 17.45 |
| ACCOUNT NO.<br><br>P and C<br>#112 Food Markets<br>6740 Rt. 31<br>Newark, NY 14513 | | W | Incurred: 1999<br>Consideration: bounced check fees | | | | 174.23 |

Sheet no. __15__ of __21__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

                                              Subtotal ➤   $     191.68
                             (Total of this page)
                                               Total ➤   $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 3.9.0-644 - 32011

Mark Andrew Cooper & Stacy Ann Cooper

In re _____,      Case No. _____

           **Debtor**                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1499<br>PBM Financial Services<br>4015 Beltline Rd., Suite 100<br>Addison, TX 75001-4383 | | W | Incurred: 1990<br>Consideration: Credit card debt<br>original creditor kay jewelers | | | | 2,031.73 |
| ACCOUNT NO. 0140<br>Penncro Associates Inc.<br>95 James Way, Suite 113<br>Southampton, PA 18996-3847 | | W | Incurred: 2001 - 2003<br>Consideration: collection for cardholder managemet | | | | Notice Only |
| ACCOUNT NO. 1008<br>Progressive Financial Services<br>POB 22083<br>Tempe, AZ 85285 | | W | Incurred: 2001-2003<br>Consideration: collection for cross country bank | | | | Notice Only |
| ACCOUNT NO. 2907<br>Providian Card<br>POB 660490<br>Dallas, TX 75266-0490 | | W | Incurred: 2001-2003<br>Consideration: Credit card debt | | | | 568.89 |
| ACCOUNT NO.<br>QWest<br>1005 17th st. Fl 9<br>Denver, CO 80202 | | H | Incurred: 2004<br>Consideration: Personal loan | | | | 3,000.00 |

Sheet no. __16__ of __21__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $        5,600.62
(Total of this page)
Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 3.9.0-644 - 32011

Mark Andrew Cooper & Stacy Ann Cooper

In re _____,     Case No. _____

**Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0012<br><br>Ray Murrary<br>214 Marletle Rd.<br>Farmington, NY 14425 | | H | Incurred: 2002<br>Consideration: business debt | | | | 300.00 |
| ACCOUNT NO. 5106<br><br>Reflection Health<br>William V. Craig M.D. PC.<br>1779 Rt 21 POB 10<br>Shortsville, NY 14548 | | W | Incurred: 2003<br>Consideration: Medical Services | | | | 60.00 |
| ACCOUNT NO. 2521<br><br>Retrieval Master Creditor Bureau, Inc.<br>2269 South Saw Mill River Rd.<br>Building 3<br>Elmsford, NY 10523 | | W | Incurred: 2001<br>Consideration: collection for the ashton-drake | | | | Notice Only |
| ACCOUNT NO. 1096<br><br>Rochester Gas and Electric<br>89 East Ave.<br>Rochester, NY 14649-0001 | | W | Incurred: 2000<br>Consideration: utility bill | | | | 452.74 |
| ACCOUNT NO. 1992<br><br>San Diego Credit Association<br>2044 First Ave. Suite 300<br>San Diego, CA 92101-2079 | | W | Incurred: 2002<br>Consideration: collection for nationwide designs | | | | 277.00 |

Sheet no. __17__ of __21__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)     $     1,089.74

Total ➤
(Use only on last page of the completed Schedule F.)     $

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc.- ver. 3.9.0-644 - 32011

Mark Andrew Cooper & Stacy Ann Cooper

In re _____,      Case No. _____

                    **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8718<br><br>Schop and Pleskow, LLP<br>403 Main St. Suite 605<br>Buffalo, NY 14203 | | W | Incurred: 2003-2005<br>Consideration: collection for nichals gas and oil inc. | | | | Notice Only |
| ACCOUNT NO. 3535<br><br>Sears/CitiCards<br>P.O. Box 20363<br>Kansas City, MO 64195 | | W | Incurred: 2001 - 2003<br>Consideration: Credit card debt purchased by Sherman Acquisition | | | | Notice Only |
| ACCOUNT NO. 3535<br><br>Sherman Acquisition II LP<br>POB 10587<br>Greenville, SC 29603 | | W | Incurred: 2001-2003<br>Consideration: Credit card debt formally sears debt | | | | 3,852.78 |
| ACCOUNT NO. 0192 - 9783<br><br>Southern Tier Credit Center, Inc.<br>82 Main St.<br>POB 118<br>Hornell, NY 14843 | | J | Incurred: 2004<br>Consideration: collection for lakes radiology | | | | Notice Only |
| ACCOUNT NO. 7254<br><br>Sprint PCS<br>POB 8077<br>London, KY 40742 | | W | Incurred: 2003<br>Consideration: cell phone bill | | | | 200.44 |

Sheet no. __18__ of __21__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 4,053.22
(Total of this page)

Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

*Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 3.9.0-644 - 32011*

Mark Andrew Cooper & Stacy Ann Cooper

In re _____,     Case No. _____
               **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8801<br><br>Strong Memorial Hospital<br>Church St.<br>POB 6772<br>New York, NY 10249-6772 | | H | Incurred: 6/7/2005<br>Consideration: Medical Services | | | | 328.00 |
| ACCOUNT NO. 3535<br><br>Tate & Kirlin Associates<br>2810 Southampton Rd.<br>Philadelphia, PA 19154 | | W | Incurred: 2001 - 2003<br>Consideration: collection for sherman acquisition II LP<br>formaly sears debt | | | | Notice Only |
| ACCOUNT NO. 2521<br><br>The Ashten-Drake<br>9200 N. Maryland Ave.<br>Niles, IL 60714-1322 | | W | Incurred: 2001<br>Consideration: Credit card debt | | | | 34.83 |
| ACCOUNT NO. 5170<br><br>The Hamilton Collection<br>POB 842<br>Morton Grove, IL 60053-0842 | | W | Incurred: 2001<br>Consideration: Personal loan | | | | 39.99 |
| ACCOUNT NO. 0743<br><br>The Ide Group<br>POB 1279<br>Buffalo, NY 14240 | | H | Incurred: 2002<br>Consideration: Medical Services | | | | 50.32 |

Sheet no. __19__ of __21__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

                          Subtotal ➤ $     453.14
                     (Total of this page)
                              Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 3.9.0-644 - 32011

Mark Andrew Cooper & Stacy Ann Cooper

In re _____,     Case No. _____

                **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9301 - 9502<br><br>Time Warner<br>3518 Sutton Rd.<br>Geneva, NY 14456 | | W | Incurred: 2002 - 2003<br>Consideration: cable TV | | | | 363.05 |
| ACCOUNT NO. 6346<br><br>Van Dyke Supply Company<br>39771 SD Highway 34<br>POB 278<br>Woonsocket, SD 57385 | | H | Incurred: 2003<br>Consideration: business debt | | | | 44.99 |
| ACCOUNT NO. 4427 - 4581<br><br>ViaHealth of Wayne<br>Driving Park Ave.<br>POB 111<br>Newark, NY 14513 | | W | Incurred: 1995 - 2004<br>Consideration: Medical Services<br>various accounts with various amounts | | | | 2,159.79 |
| ACCOUNT NO. 0475<br><br>Wayne Medical Group<br>11 Driving Park<br>Newark, NY 14513 | | W | Incurred: 1989<br>Consideration: Medical Services | | | | 5.00 |
| ACCOUNT NO.<br><br>WCTA FCU<br>P.O. Box 40<br>Sodus, NY 14551 | | W | Consideration: bounced check | | | | 75.00 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc.- ver. 3.9.0-644 - 32011

Sheet no. __20__ of __21__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤   $       2,647.83
(Total of this page)
Total➤   $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

Mark Andrew Cooper & Stacy Ann Cooper

In re _____,   Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0033<br><br>William Garrett Smith<br>2530 Waddell Rd.<br>Clifton Springs, NY 14432 | | H | Incurred: 2003<br>Consideration: business debt | | | | 100.58 |
| ACCOUNT NO. 5775<br><br>Wolpoff & Abramson, L.L.P.<br>702 King Farm Blvd.<br>Rockville, MD 20850-5775 | | W | Incurred: 2001-2003<br>Consideration: collection for bank first | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _21_ of _21_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 100.58
(Total of this page)
Total ➤ | $ | 43,858.85
(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 3.9.0-644 - 32011

Mark Andrew Cooper & Stacy Ann Cooper

In re _____    Case No. _____
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 32011

FORM B6H
(6/90)

In re ___Mark Andrew Cooper & Stacy Ann Cooper___
        Debtor

Case No. _____
                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc.– ver. 3.9.0-644 – 32011

Mark Andrew Cooper & Stacy Ann Cooper

In re_____,          Case No._____
          Debtor                                                            (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP son | AGE 13 |

| Employment: Occupation | DEBTOR unemployed | SPOUSE CNA |
|---|---|---|
| Name of Employer | | Nurse Finders |
| How long employed | | 4 years |
| Address of Employer | | 2525 State Route 332 |
| | | Canandaigua, NY 14424 |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 0.00 | $ 3,005.70 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 0.00 | $ 3,005.70 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 340.30 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union Dues | $ 0.00 | $ 0.00 |
| d. Other (Specify:_____) | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 340.30 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 2,665.40 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify)_____ | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income (Specify)_____ | $ 0.00 | $ 0.00 |
| _____ | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 0.00 | $ 2,665.40 |

TOTAL COMBINED MONTHLY INCOME          $ 2,665.40          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Bankruptcy2005 ©1991-2005, New Hope Software, Inc.- ver. 3.9.0-644 - 32011

In re  Mark Andrew Cooper & Stacy Ann Cooper ,    Case No. _____
                    Debtor                                                          (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 290.00 |
| Are real estate taxes included?      Yes _____ No ✓_____ | |
| Is property insurance included?      Yes _____ No ✓_____ | |
| Utilities      Electricity and heating fuel | $ 245.00 |
|       Water and sewer | $ 0.00 |
|       Telephone | $ 50.00 |
|       Other  cable | $ 50.00 |
| Home maintenance (Repairs and upkeep) | $ 150.00 |
| Food | $ 550.00 |
| Clothing | $ 75.00 |
| Laundry and dry cleaning | $ 10.00 |
| Medical and dental expenses | $ 150.00 |
| Transportation (not including car payments) | $ 300.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 50.00 |
| Charitable contributions | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|       Homeowner's or renter's | $ 0.00 |
|       Life | $ 0.00 |
|       Health | $ 0.00 |
|       Auto | $ 114.00 |
|       Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)_____ | $ 0.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|       Auto | $ 200.00 |
|       Other  child support | $ 167.70 |
|       Other  child support arrears | $ 200.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other  pet needs and regular family gifts | $ 75.00 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)   $ 2,676.70

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 3.9.0-644 - 32011

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A.  Total projected monthly income | $ N.A. |
| B.  Total projected monthly expenses | $ N.A. |
| C.  Excess income (A minus B) | $ N.A. |
| D.  Total amount to be paid into plan each _____ N.A. _____ | $ N.A. |
|  (interval) | |

# United States Bankruptcy Court
## Western District of New York

Mark Andrew Cooper & Stacy Ann Cooper

In re _____     Case No. _____
　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　(If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 4 | $ 4,075.44 | | |
| C - Property Claimed As Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 730.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 6,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 22 | | $ 43,858.85 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 2,665.40 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 2,676.70 |
| Total Number of Sheets in ALL Schedules ▶ | | 35 | | | |
| Total Assets ▶ | | | 4,075.44 | | |
| Total Liabilities ▶ | | | | 50,588.85 | |

AMOUNTS SCHEDULED

Bankruptcy2005 ©1991-2005, New Hope Software, Inc.- ver. 3.9.0-644 - 32011

In re    Mark Andrew Cooper & Stacy Ann Cooper
_____,     Case No. _____
                        Debtor                                                            (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of       __36__

sheets and that they are true and correct to the best of my knowledge, information and belief.      (Total shown on summary page plus 1)

Date   9/29/05 _____     Signature    /s/ Mark Andrew Cooper _____
                                                                    Debtor

Date   9/29/05 _____     Signature    /s/ Stacy Ann Cooper _____
                                                                 (Joint Debtor, if any)

[If joint case, both spouses must sign]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____       _____
Printed or Typed Name of Bankruptcy Petition Preparer       Social Security No.
                                                              (Required by 11 U.S.C. § 110(c).)

_____
_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____       _____
Signature of Bankruptcy Petition Preparer                Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.* *11 U.S.C.*
*§ 110; 18 U.S.C. §156.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. ver. 3.9.0-644 - 32011

# FORM 7. STATEMENT OF FINANCIAL AFFAIRS

# UNITED STATES BANKRUPTCY COURT

### WESTERN DISTRICT OF NEW YORK

In Re    Mark Andrew Cooper & Stacy Ann Cooper      Case No. _____

(Name)                (if known)

Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"*In business.*" A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"*Insider.*" The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None

☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                        SOURCE (if more than one)

2005(db)

2004(db)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc.- ver. 3.9.0-644 - 32011

| AMOUNT | | SOURCE (if more than one) |
|--------|--|----------------------------|
| 2003(db) | | |

| AMOUNT | | SOURCE (if more than one) |
|--------|--|----------------------------|
| 2005(jdb) | 20951 | wages YTD |
| 2004(jdb) | 28353 | wages |
| 2003(jdb) | 21537 | wages |

**2. Income other than from employment or operation of business**

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE |
|--------|--|--------|

**3. Payments to Creditors**

None
☒

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|------------------------------|-------------------|-------------|---------------------|

None
☒

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors, who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---------------------------------------------------------|-------------------|-------------|---------------------|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---------------------------------|----------------------|------------------------------|------------------------|
| Martin E. Muehe vs. Mark Cooper | money owed for services in the amount of $1,240.25 | City Court, County of Ontario, City of Canandaigua | pending |
| Jon C. Lohr vs. Mark and Stacy Cooper | claim for 64.05 | State of New York, Ontario County, Manchester Town Court, Small Claims Part | in favor of Jon C. Lohr |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc.- ver. 3.9.0-644  - 32011

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Jeffrey A. Yahn vs. Mark A. Cooper | claim for 360.00 | State of New York, Ontario County, Manchester Town Court, Small Claims Part | in favor of Jeffrey A. Yahn |
| John C. Burnner Jr. vs. Mark A. Cooper | claim for $435.00 | State of New York, Ontario County, Manchester Town Court, Small Claims Part | favor of John C. Brunner Jr. |
| Leonard C. Whitbeck Jr. vs. Mark A. Cooper | claim for $161.55 | State of New York, Ontario County, Manchester Town Court, Small Claims Part | in favor of Leonard C. Whitbeck Jr. |
| Great Seneca Financial Corp vs. Stacy A. Cooper | claim for $1,611.85 | Court of City of Canandaigua, County of Ontario | in favor of Great Seneca Financial Corp. |

None ☒    b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.    Repossessions, foreclosures and returns**

None ☒    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.    Assignments and Receiverships**

None ☒    a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644  -  32011

None ☒ b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None ☒ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.  Losses**

None ☒ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.  Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| JOHN F. McKEOWN 70 NORTH MAIN STREET CANANDAIGUA, NY 14424 | 4/2005 - 9/2005 | 845.00 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc.– ver. 3.9.0-644 - 3201l

**10. Other transfers**

None ☒

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

**11. Closed financial accounts**

None ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc.- ver. 3.9.0-644 - 3/2011

**14. Property held for another person**

None

List all property owned by another person that the debtor holds or controls.

☐

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| Melody Cooper 1955 CR 19 Shortsville, NY | Ithaca 20-guage shotgun worth $50 | at debtor's residence |

**15. Prior address of debtor**

None

☒

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None

☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None

☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc.- ver. 3.9.0-644 - 32011

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☐

a.  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Wildlife Creations Taxidermy | | 4361 Kyte Rd. Lot #3 Shortsville, NY 14548 | Taxidermy | 9/14/2001 - 12/2002 |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

Bankruptcy2005 ©1991-2005, New Hope Software, Inc.- ver. 3.9.0-644  - 3201l

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, record and financial statements**

None ☐
a.     List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Tom Lynch<br>130 W. Main St.<br>Shortsville, NY 14548 | 2003 |

None ☒
b.     List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☒
c.     List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ☒
d.     List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None ☒
a.     List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 32011

None ☒    b.    List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21. Current Partners, Officers, Directors and Shareholders**

None ☒    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☒    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22. Former partners, officers, directors and shareholders**

None ☒    a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☒    b.    If the debtor is a corporation, list all officers, and directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23. Withdrawals from a partnership or distribution by a corporation**

None ☒    If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Bankruptcy2005 ©1991-2005, New Hope Software, Inc.. ver. 3.9.0-644 - 32011

**24. Tax Consolidation Group**

None ☒    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION         TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds**

None ☒    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PENSION FUND         TAXPAYER IDENTIFICATION NUMBER (EIN)

\*    \*    \*    \*    \*    \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

| | | |
|---|---|---|
| Date 9/29/05 | Signature of Debtor | /s/ Mark Andrew Cooper |
| | | MARK ANDREW COOPER |
| Date 9/29/05 | Signature of Joint Debtor | /s/ Stacy Ann Cooper |
| | | STACY ANN COOPER |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.
(Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____     0   continuation sheets attached _____
Signature of Bankruptcy Petition Preparer        Date

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571*

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Bankruptcy2005 ©1991-2005, New Hope Software, Inc.- ver. 3.9.0-644 - 32011

# Form 8.  INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
## UNITED STATES BANKRUPTCY COURT
### Western District of New York

In re    Mark Andrew Cooper & Stacy Ann Cooper                   ,       Case No. _____
                                    Debtor

                                                                Chapter        Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

### a.  Property to Be Surrendered.

**Description of Property**                                          **Creditor's name**

NONE

### b.  Property to Be Retained.                                          *[Check any applicable statement.]*

| Description of Property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) | Property will be retained, original debt will be kept current |
|---|---|---|---|---|---|
| 1998 Mercury Sable  162,000 ... | BJ Mogofx | ✓ | | | ✓ |

Date:    9/29/05 _____        /s/ Stacy Ann Cooper _____

                                        Signature of Joint Debtor     STACY ANN COOPER

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

    I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____        _____

Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.
                                                            (Required by 11 U.S.C. § 110(c).)

_____

_____

Address
Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____        _____

Signature of Bankruptcy Petition Preparer                Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110;  18 U.S.C. §156.*

Bankruptcy2005 ©1991-2005, New Hope Software, Inc.- ver. 3.9.0-644 - 32011

# Form 8.  INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### UNITED STATES BANKRUPTCY COURT
**Western District of New York**

In re  Mark Andrew Cooper & Stacy Ann Cooper           ,          Case No. _____

Debtor

Chapter     Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  We have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  We intend to do the following with respect to the property of the estate which secures those consumer debts:

   *a.  Property to Be Surrendered.*

   **Description of Property**                    **Creditor's name**

NONE

   *b.  Property to Be Retained.*                    *[Check any applicable statement.]*

| Description of Property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| NONE | | | | |

Date:   9/29/05  _____          /s/ Mark Andrew Cooper _____

                                                Signature of Debtor          MARK ANDREW COOPER

Date:   9/29/05  _____          /s/ Stacy Ann Cooper _____

                                                Signature of Joint Debtor     STACY ANN COOPER

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

   I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.
                                                    (Required by 11 U.S.C. § 110(c).)

_____

_____
Address
Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____          _____
Signature of Bankruptcy Petition Preparer                         Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. §156.*

Bankruptcy2005 ©1991-2005, New Hope Software, Inc.- ver. 3.9.0-644 - 32011

Accu Chek, Inc.
POB 2864
Tuscaloosa, AL 35403


Action Card issued by bankfirst
POB 5159
Sioux Falls, SD 57117-5159


Adrams & Adams, Inc.
C.B. Phillips
POB 538
Southern Pines, NC 28388


Agway Energy
Marshall Rd.
Geneva, NY 14456-1136


AgWay Energy Products
516 Marshall Rd.
Waterloo, NY 13165-8741


Allied Interstate Inc.
POB 361475
Columbus, OH 43236


Alltel Phone Company
POB 300
Kittanning, PA 16201-0300


Arrow Financial Services
POB 1206
Oaks, PA 19756-1206


Automated Transaction Corporation
1112 Weston Rd. Suite 223
Weston, FL 33326


Bass and Associates
Suite 150
3450 East Sunrise Dr.
Tucsen, AZ 85718

Berry Company
507 Prudential Rd.
Horsham, PA 19044


BJ Motors
102 Main St.
Macedon, NY 14502


Breakthrough Magazine
POB 2945
2271 Old Baton Rouge Hwy.
Hammond, LA 70404


Canandaigua Medical Group
335 Parrish St.
Canandaigua, NY 14424


Canandaigua Orthopaeclic
360 Parrish 2nd floor
Canandaigua, NY 14424


Capital Manageent Services, Inc.
726 Exchange St. Suite 700
Buffalo, NY 14210


Capital Payment Plan
POB 4423
Woodland Hills, CA 91365-4423


Cardholder Management
95 James Way Suite 113
Southampteri, PA 18966


Cavalry Portfolio Services, LLC
POB 27288
Tempe, AZ 85282-7288


CBCS
PO Box 164060
Cloumbus, OH 43216

CBJ Credit Recovery
117 W. 4th St.
Jamestown, NY 14701


CBJ Credit Recovery
POB 842
Jamestown, NY 14702-0842


Charles Drover
1201 King Rd. Lot #3
Clifton Springs, Ny 14432


Chris Coyle
110 Brokaw Rd.
Interlake, NY 14847


Clifton Springs Hospital
2 Coulter Rd.
Clifton Springs, NY 14432


Commercial Readers
POB 3696
Bloomington, IL 61702-3696


Credit Bureau of Rochester
19 Prince St.
Rochester, NY 14607


Credit Collection Services
Two Wells Ave.
Newton, MA 02459


Cross Country Bank
POB 310730
Boca Raton, FL 33431-0730


David Tutle
1644 Silver St.
Clifton Springs, NY 14432

Democrat and Chronicle
POB 5019
Buffalo, NY 14240-5019


Dixieland Taxidermy
9605 Highway 64
Somerville, TN 38068


Dollar Tree
500 Volvo Parkway
Chesapeake, VA 23322


Dominic Buccennele
502 S. Main St.
Canandaigua, NY 14424


Doug Stroyer
430 Bayside Dr.
Webster, NY 14580


Dr. Michael Spoon
225 Maple Ave.
Victor, NY 14564


Encore Receivable Management Inc.
POB 3330
Olathe, KS 66063-3330


Eye Care Center
325 West St.
Canandaigua, NY 14424


FCNB Processing Center
9310 SW Gemini Drive
Beaverton, OR 97078-0001


FedChex Recovery
POB 18978
Irvine, CA 92623

FF Thompson Hospital
350 Parrish St.
Canandaigua, NY 14424


Field Adjustment Bureau, Inc.
POB 7125
Wantagn, NY 11793-0725


First Premier
601 S. Minnesota Ave.
Sioux Falls, SD 57104


Frontier Commmunications
POB 23113
Rochester, NY 14692-3113


Gordon A. Hill II
1584 Hayride Dr.
Farmington, NY 14425


H & R Block
79 Eastern Blvd.
Canandaigua, NY 14424


Haines Publishing, Inc.
8050 Freedom, Ave. N.W.
POB 2117
N. Canton, OH 44720


Hershey's Fur Center
8164 Carlisle Pike
York Springs, PA 17372


James Wicks Jr.
5250 Emerson Rd.
Canandaigua, NY 14424


JBC and Associates, P.C.
c/o Ames
2 Broad St. 6th floor
Bloomfield, NJ 07003-2550

Jeffrey A. Yahr
5215 Fox Rd.
Palmyra, NY 14522


John Brunner
20 Rawson Rd.
Victor, NY 14564


John Vanderwall
592 Smith Rd.
Palmyra, NY 14522


Keith Vanhout
1615 Wellworth Rd.
Palmyra, NY 14522


Lake Radiology
POB 477
Hornell, NY 14843-0118


Law Office Mitchell N. Kay
7 Penn Plaza
New York, NY 10001-3995


Lenord Whitbeck
461 Chestnut Ridge Rd.
Rochester, NY 14624


Martin E. Muehe
74 Ontario St.
Canandaigua, NY 14424


Mass Marketing Inc.
7209 Dixie Hwy
Fairfield, OH 45014


Max Ester
24 Booth St.
Shortsville, NY 14424

Mercantile Adjustment Bureau, LLC
POB 9315A
Rochester, NY 14604


Merimac Capital
201 Main St. Suite 1000
Forth Worth, TX 76102


Michael Thomas
9335 County Rd. 146
Interlaken, NY 14847


Mike Degary
110 Brokow Rd.
Interlaken, NY 14847


Monroe County
Child Support Enforcement Unit
33 North Fitzhugh St. Suite 5100
Rochester, NY 14614-1218


Movie Gallery
900 West Main St.
Dothan, AL 36301


MRS Associates, Inc.
3 Executive Campus, Suite 400
Cherry Hill, NJ 08002


National Revenue Corporation
POB 13188
Columbus, OH 43213


Nationwide Designs
POB 84594
San Diego, CA 92138-4594


NationWide Insurance
331 S. Main St.
Canandaigua,  NY 14424

```
NCO
POB 41466
Philadelphia, PA 19104


NCO Financial Systems Inc.
POB 41417
Philadelphia, PA 19101


Nichals Gas and Oil Inc.
POB 616
Macedon, NY 14502


North Amerian Specialty Advertising
POB 84594
San Diego, CA 92138-4594


North Shore Agency
c/o Bradford Exchange
POB 8901
Westbury, NY 11590-8901


North Shore Agency
POB 8901
Westbury, NY 11590-8901


Office of Sheriff
Philip C. Provero Sheriff
74 Ontario St.
Canandaigua, NY 14424


OSI Collection Sercvice
POB 550720
Jacksonville, FL 32255-0720


Oxmoor House
POB 62500
Tampa, FL 33662-5009


P and C
#112 Food Markets
6740 Rt. 31
Newark, NY 14513
```

PBM Financial Services
4015 Beltline Rd., Suite 100
Addison, TX 75001-4383


Penncro Associates Inc.
95 James Way, Suite 113
Southampton, PA 18996-3847


Progressive Financial Services
POB 22083
Tempe, AZ 85285


Providian  Card
POB 660490
Dallas, TX 75266-0490


QWest
1005 17th st. Fl 9
Denver, CO 80202


Ray Murrary
214 Marletle Rd.
Farmington, NY 14425


Reflection Health
William V. Craig M.D. PC.
1779 Rt 21 POB 10
Shortsville, NY 14548


Retrieval Master Creditor Bureau, Inc.
2269 South Saw Mill River Rd. Building 3
Elmsford, NY 10523


Rochester Gas and Electric
89 East Ave.
Rochester, NY 14649-0001


San Diego Credit Association
2044 First Ave. Suite 300
San Diego, CA 92101-2079

Schop and Pleskow, LLP
403 Main St. Suite 605
Buffalo, NY 14203


Sears/CitiCards
P.O. Box 20363
Kansas City, MO 64195


Sherman Acquisition II LP
POB 10587
Greenville, SC 29603


Southern Tier Credit Center, Inc.
82 Main St.
POB 118
Hornell, NY 14843


Sprint PCS
POB 8077
London, KY 40742


Strong Memorial Hospital
Church St.
POB 6772
New York, NY 10249-6772


Tate & Kirlin Associates
2810 Southampton Rd.
Philadelphia, PA 19154


The Ashten-Drake
9200 N. Maryland Ave.
Niles, IL 60714-1322


The Hamilton Collection
POB 842
Morton Grove, IL 60053-0842


The Ide Group
POB 1279
Buffalo, NY 14240

Time Warner
3518 Sutton Rd.
Geneva, NY 14456


Van Dyke Supply Company
39771 SD Highway 34
POB 278
Woonsocket, SD 57385


ViaHealth of Wayne
Driving Park Ave.
POB 111
Newark, NY 14513


Wayne Medical Group
11 Driving Park
Newark, NY 14513


WCTA FCU
P.O. Box 40
Sodus, NY 14551


William Garrett Smith
2530 Waddell Rd.
Clifton Springs, NY 14432


Wolpoff & Abramson, L.L.P.
702 King Farm Blvd.
Rockville, MD 20850-5775

# United States Bankruptcy Court
## Western District of New York

In re  Mark Andrew Cooper & Stacy Ann Cooper

Case No. _____

Chapter _____7_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s)
     and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services
     rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

     For legal services, I have agreed to accept ...........................................................  $ _____895.00_____

     Prior to the filing of this statement I have received .........…………………............  $ _____895.00_____

     Balance Due ...................................................…………………………...............  $ _____0.00_____

2.   The source of compensation paid to me was:

     ☑ Debtor          ☐ Other (specify)

3.   The source of compensation to be paid to me is:

     ☑ Debtor          ☐ Other (specify)

4.   ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and
     associates of my law firm.

     ☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates
     of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Bankruptcy2005 ©1991-2005, New Hope Software, Inc.– ver. 3.9.0-644 - 32011

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the
debtor(s) in the bankruptcy proceeding.

9/29/05

_____
Date

/s/ John F. McKeown, Esq.
_____
Signature of Attorney

John F. McKeown,  Attorneys at Law
_____
Name of law firm

---

# UNITED STATES BANKRUPTCY COURT
### Western District of New York

In re:

**Mark Andrew Cooper & Stacy Ann Cooper**

Case No.
Chapter 7

Debtor(s)

**INSERT NAME OF FORM HERE**

# UNITED STATES BANKRUPTCY COURT
### Western District of New York

In re:

**Mark Andrew Cooper & Stacy Ann Cooper**

Case No.
Chapter 7

Debtor(s)

**INSERT NAME OF FORM HERE**

# DISCLOSURE OF COMPENSATION -- Rule 2016 (b)

1.  Pursuant to 11 U.S.C. §329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-names debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is $895.00.

2.  The source of the compensation paid, or to be paid to me was the debtor.

3.  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

/s/John F. McKeown, Esq.

Date _9/29/05_                    Signature

_____

John F. McKeown, Esq., Bar No.